UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LISA FAYE MULLIN,<br><br>            Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>   Commissioner of Social Security<br>   Administration,<br><br>            Defendant. | Case No. CV-18-078-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the Commissioner's decision be REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 450(g) for further proceedings consistent with the Order.

     Dated this 16th day of October, 2018.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Julie Collins
                              Julie Collins, Deputy Clerk