IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| LISA FAYE MULLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | CV 18-78-BLG-TJC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR AWARD OF EAJA FEES AND COSTS** |

On October 16, 2018, the Court remanded this case to the Commissioner for further administrative proceedings. (Doc. 15.) That same day, the Clerk of Court entered a separate judgment. (Doc. 16.)

Plaintiff has now filed an unopposed motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). (Doc. 17.) Plaintiff requests $5,657.71 in attorney's fees and $400.00 in costs. The Commissioner does not oppose the motion.

There being no objection from the Commissioner, the Court will grant the motion. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application for Award of EAJA Fees and Costs is GRANTED.

/ / /

The Commissioner must promptly pay Plaintiff's counsel attorney fees in the amount of $5,657.71 and costs of $400.00.

DATED this 8th day of January, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge